FILED by SA D.C

Sep 6, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 12-80165-CR-MARRA/MATTHEWMAN

Case No._____

18 USC § 924(a)(1)(A)


UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALAN DAVID MILSTEAD,

        Defendant.

_____/


## INDICTMENT


**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about June 30, 2011, in Palm Beach County, in the Southern District of Florida, the defendant:

**ALAN DAVID MILSTEAD,**

did knowingly make a false statement and representation with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter, to wit, in connection with the purchase of a Ruger SR9C 9mm semi-automatic pistol from The Gun Outlet, Inc., a federally licensed firearms dealer, the defendant stated and represented on an ATF Form 4473 that he had verified the identification of JEB as the person purchasing the aforementioned firearm, and

transferred said firearm to JEB on June 30, 2011, whereas in truth and in fact, and as the defendant then and there well knew, the foregoing statement or representation was false in that JEB did not submit the aforementioned ATF Form 4473, and did not take possession of the firearm on June 30, 2011, or thereafter.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about March 21, 2012, in Palm Beach County, in the Southern District of Florida, the defendant:

### ALAN DAVID MILSTEAD,

did knowingly make a false statement and representation with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter, to wit, in connection with the purchase of a Glock 23 .40 caliber semi-automatic pistol by JR from The Gun Outlet, Inc., a federally licensed firearms dealer, the defendant stated and represented on an ATF Form 4473 that it was his "belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the" aforementioned firearm, whereas in truth and in fact, and as the defendant then and there well knew, the foregoing statement or representation was false, in that the defendant had not complied with the mandatory five (5) day waiting period for persons not holding a Florida concealed weapons permit, and did not conduct a Nation Instant Check System inquiry (NICS) prior to transferring the aforementioned firearm to JR, as required by, and in violation of Palm Beach County (Florida) Ordinance 28-23.

In violation of Title 18, United States Code, Section 924(a)(1)(A), and 2

*KML*

## COUNT 3

On or about May 3, 2012, in Palm Beach County, in the Southern District of Florida, the defendant:

### ALAN DAVID MILSTEAD,

did knowingly make a false statement and representation with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter, to wit, in connection with the purchase of a Bushmaster XM-15E2S .223 caliber semi-automatic rifle by JR from The Gun Outlet, Inc., a federally licensed firearms dealer, the defendant altered the ATF Form 4473 referenced in Count 2 above, to add the aforementioned firearm, and thus stated and represented that said firearm had been sold and transferred to JR on March 21, 2012, whereas in truth and in

fact, and as the defendant then and there well knew, such statement was false in that the

aforementioned firearm was actually transferred to JR on May 3, 2012.

In violation of Title 18, United States Code, Section 924(a)(1)(A) *and 2* .

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>Alan David Milstead</u>

<u>$100,000. Personal Surety Bond</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:    John C. McMillan, Jr.

Last Known Address:            ____

_____

\                              )____

What Facility:        __        _____

_____

Agent(s):        <u>S/A Timothy D. Trenschel</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (**OTHER**)
Bureau of Alcohol, Tobacco, Firearms

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

vs.

**ALAN DAVID MILSTEAD,**

**Defendant.**
_____/

**CASE NO.** _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

____ Miami  ____ Key West
____ FTL  _X_ WPB  ____ FTP

New Defendant(s)            Yes _____    No ____
Number of New Defendants            _____
Total number of counts            _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    _No_
    List language and/or dialect    _____

4.  This case will take    _3_    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                         (Check only one)

    I    0 to 5 days    _X_         Petty    _____
    II   6 to 10 days    _____    Minor    _____
    III  11 to 20 days    _____   Misdem.   _____
    IV   21 to 60 days    _____   Felony    _X_
    V    61 days and over    _____

6.  Has this case been previously filed in this District Court? (Yes or No)    _____
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    _Yes_
    If yes:
    Magistrate Case No.    _12-8246-DLB_
    Related Miscellaneous numbers:    _N/A_
    Defendant(s) in federal custody as of    _6/22/12 (Defendant on Bond, not in Detention)_
    Defendant(s) in state custody as of    _____
    Rule 20 from the    _____    District of    _____

    Is this a potential death penalty case? (Yes or No)    _No_

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    _X_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    _X_ No

JOHN C. MCMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: ALAN DAVID MILSTEAD**

**Case No:**_____

Count # 1:    Knowingly made False Statements in the Records to be Kept and Maintained
by a Federally Licenses Firearms Dealer

_____18 U.S.C. § 924(a)(1)(A)_____

* **Max. Penalty:**    0-5 years' Imprisonment; $250,000.00 Fine
0-3 years' Supervised Release

Count # 2:    Knowingly made False Statements in the Records to be Kept and Maintained
by a Federally Licenses Firearms Dealer

_____18 U.S.C. § 924(a)(1)(A)_____

* **Max. Penalty:**    0-5 years' Imprisonment; $250,000.00 Fine
0-3 years' Supervised Release

Count # 3 :    Knowingly made False Statements in the Records to be Kept and Maintained
by a Federally Licenses Firearms Dealer

_____18 U.S.C. § 924(a)(1)(A)_____

* **Max. Penalty:**    0-5 years' Imprisonment; $250,000.00 Fine
0-3 years' Supervised Release

***Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**